FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 FEB 18 PM 3: 40

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:10CR 33 |
| ) | |
| vs. ) | INDICTMENT |
| ) | 21 U.S.C. § 846 |
| DERRICK D. WEST-JONES, ) | 21 U.S.C. § 841(a)(1) & (b)(1) |
| a/k/a Derrick Jones, ) | 18 U.S.C. § 922(g)(1) & 924(a)(2) |
| ) | |
| Defendant. ) | |

The Grand Jury Charges:

## COUNT I

Beginning from an unknown date but at least as early as October 18, 2009, and continuing through January 13, 2010, in the District of Nebraska and elsewhere, DERRICK D. WEST-JONES, a/k/a Derrick Jones, defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons, both known and unknown to the grand jury, to distribute and possess with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base (i.e. "crack cocaine"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

In violation of Title 21, United States Code, Section 846.

## COUNT II

On or about January 12, 2010, in the District of Nebraska, DERRICK D. WEST-JONES, a/k/a Derrick Jones, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine base (i.e. "crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

### COUNT III

On or about January 13, 2010, in the District of Nebraska, DERRICK D. WEST-JONES, a/k/a Derrick Jones, defendant herein, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture or substance containing a detectable amount of cocaine base (i.e. "crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

### COUNT IV

On or about January 13, 2010, in the District of Nebraska, the defendant, DERRICK D. WEST-JONES, a/k/a Derrick Jones, having been convicted on December 15, 1999, in the District Court of Douglas County, Nebraska, of a crime punishable by imprisonment for a term exceeding one year, to wit: Robbery, did knowingly possess in and affecting commerce, a firearm which had been shipped and transported in interstate commerce, to wit: a Colt Detective .38 Special revolver, serial# 490929.

In violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

A TRUE BILL:

FOREPERSON

_____
DEBORAH R. GILG
United States Attorney

OFFICE OF THE CLERK
10 FEB 18 PM 3:40
FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

_____
ROBERT C. SIGLER
Assistant U.S. Attorney

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
10 FEB 18 PM 3:41
OFFICE OF THE CLERK