IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:10CR33 |
| vs. | |
| DERRICK D. WEST-JONES, | ORDER |
| Defendant. | |

Defendant Derrick D. West-Jones appeared before the court on Friday, January 8, 2016 on a Petition for Warrant or Summons for Offender Under Supervision [37]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan, and the United States was represented by Assistant U.S. Attorney John E. Higgins. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current and additional terms and conditions of supervision as stated on the record.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on February 18, 2016 at 9:00 a.m. Defendant must be present in person.

2. The defendant is released on current and additional conditions of supervision as stated on the record.

Dated this 8th day of January, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge