IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR33 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DERRICK D. WEST-JONES, | ) | |
| | ) | |
| Defendant. | ) | |

On November 16, 2016, defendant appeared with counsel for a hearing on the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 58).  Defendant was represented by Michael F. Maloney, Assistant Federal Public Defender.  Plaintiff was represented by John E. Higgins, Assistant United States Attorney.

Defendant admitted Allegation No. 4 of the Petition, and the Court found the defendant to be in violation of the conditions of his supervised release.  Allegation Nos. 1-3 of the Petition had been dismissed previously.

After hearing arguments of counsel and giving defendant an opportunity for allocution, the Court proceeded to sentencing.

IT IS ORDERED:

1. Defendant's supervised release is hereby revoked.  Defendant is sentenced to the custody of the Bureau of Prisons for a term of 14 months, with credit for time served.

2.	Upon completion of defendant's incarceration, he shall serve a term of supervised release of 4 years under the same terms and conditions ordered previously.

DATED this 16th day of November, 2016.

BY THE COURT:

/s/ Lyle E. Strom

LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 201__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

_____
UNITED STATES WARDEN

By: _____