PROB 12C
(NEP 4/2013)

**SEALED**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| **Offender:** | Derrick D. West-Jones | **Docket No.** | 8:10CR00033 |
| **Type of Supervision:** | Supervised Release | **Date of This Report:** | February 23, 2018 |

**Sentencing Judge:** The Honorable Judge Lyle Strom

**Assigned Judge:** The Honorable Laurie Smith Camp
Chief U.S. District Judge

**Offense of Conviction:** Count I: Conspiracy to Distribute 5 Grams or More of Cocaine Base 21 U.S.C. 841(a)(1), (b)(1), and 846;
Count IV: Felon in Possession of Firearm 18 U.S.C. 922(g)(1)

Date Sentenced:  October 15, 2010
Original Sentence:  78 Months Bureau of Prisons; 60 Months Supervised Release

**Prior Revocation:** Date of Revocation:       May 12, 2016
Sentence:    1 Days Bureau of Prisons; 54 Months Supervised Release
Date of Revocation:       November 16, 2016
Sentence:    14 Months Bureau of Prisons; 48 Months Supervised Release

**Supervision Term:** September 5, 2017 through September 4, 2021

| **Prepared By:** | **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|---|
| Chessie A. Vesely | John E. Higgins | Michael F. Maloney |

## PETITIONING THE COURT

The undersigned probation officer recommends that a <u>Warrant</u> be issued for service upon Derrick D. West-Jones and that a hearing be held by the Court to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations. A Warrant is requested as Derrick D. West-Jones's whereabouts are unknown. Derrick D. West-Jones will likely not appear on a summons. To expedite the issuance of a warrant, the updated adjustment report and worksheets do not accompany this report, but will be provided to the Court by March 5, 2018.

**Derrick D. West-Jones**  February 23, 2018
**Petition for Warrant or Summons**  Page 2 of 4

The probation officer believes the offender has violated the following conditions of supervision:

| **Allegation No.** | **Nature of Noncompliance** |
|---|---|
| 1 | Derrick D. West-Jones is in violation of **Standard Condition #3** which states, "The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | On December 30, 2017, the United States Probation and Pretrial Services Officer directed Mr. West-Jones to report to the office on January 2, 2018. Mr. West-Jones did not show up. |
| | On January 8, 2018, the United States Probation and Pretrial Services Officer directed Mr. West-Jones to report to the office on January 8, 2018. Mr. West-Jones did not show up. |
| | On February 5, 2018, the United States Probation and Pretrial Services Officer directed Mr. West-Jones to report to the office on February 6, 2018. Mr. West-Jones did not show up. |
| | On February 08, 2018, the United States Probation and Pretrial Services Officer directed Mr. West-Jones to report to the office on February 12, 2018. Mr. West-Jones did not show up. |
| 2 | Derrick D. West-Jones is in violation of **Standard Condition #6** which states, "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment." |
| | On January 31, 2018, Mr. West-Jones expressed that he was homeless and was going to live in his car. |
| | On February 1, 2018, Mr. West-Jones sent a photo of his new driver's license with an address listed on it. Mr. West-Jones has never reported living at that address to the undersigned officer. |
| | On February 5, 2018, the undersigned officer requested an address from Mr. West-Jones. There was no response. |
| | On February 8, 2018, the undersigned officer requested an address from Mr. West-Jones. His response was Northgate. Northgate is an apartment complex. |
| | On February 15, 2018, the undersigned officer spoke with Mr. West-Jones's significant other who had Mr. West-Jones's cellphone. The undersigned officer requested an address and was advised that they were residing in Mr. West-Jones's nephews apartment B6 or C6 at Northgate. The undersigned officer requested that Mr. West-Jones to contact her when he returned. There was no response. |
| | On February 20, 2018, the undersigned officer requested an address from Mr. West-Jones. There was no response. |

**Derrick D. West-Jones**  February 23, 2018
**Petition for Warrant or Summons**  Page 3 of 4

On February 22, 2018, United States Probation and Pretrial Officer Quintin Erdman made an unannounced visit to the address listed on Mr. West-Jones's driver's license. The resident advised that Mr. West-Jones has not been there for the past four days.

3  Derrick D. West-Jones is in violation of **the Standard Condition #7** which states, "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any control substances, except as prescribed by a license physician".

On December 30, 2017, Mr. West-Jones admitted to United States Probation and Pretrial Services officer that he had used methamphetamines on two different occasions.

4  Derrick D. West-Jones is in violation of **Special Condition # 4** which states, "Paragraph #7 of the Standard Conditions of supervision is modified, i.e., instead of merely refraining from excessive use of alcohol, the defendant shall not purchase or possess, use, distribute, or administer any alcohol, just the same as any other narcotic or controlled substance."

On January 31, 2018, Mr. West-Jones admitted to the United States Probation and Pretrial Services officer that he had been drinking alcohol.

Assistant U.S. Attorney John E. Higgins has been notified of this action.

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,  Reviewed by:

_Vesely_  _Kim Jensen_
Chessie A. Vesely  Kimi J. Jensen, Supervising
U.S. Probation and Pretrial Services Officer  U. S. Probation and Pretrial Services Officer

**THE COURT ORDERS THAT:**

_____   No action shall be taken.

  X           A Warrant shall be issued for service upon Derrick D. West-Jones and a hearing held by the Court to determine whether Derrick D. West-Jones has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____   The U. S. Probation Officer shall summons Derrick D. West-Jones to appear for a hearing in court to determine whether Derrick D. West-Jones has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____   The following action to be taken (specify other action):


s/Laurie Smith Camp                                          February 23, 2018
The Honorable Laurie Smith Camp                              Date
Chief U.S. District Judge


* * * **NOTICE TO OFFENDER** * * *

Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:
- **(A)** written notice of the alleged violation(s);
- **(B)** disclosure of the evidence against you;
- **(C)** an opportunity to appear, present evidence, and question adverse witnesses unless the court determines that the interest of justice does not require the witness to appear;
- **(D)** notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain counsel.